against Real Estate, Banks?

Against: management? Funding? Real Estate

E filing

reference: Grossman NB NYSE NYCB

Miss

Case Filed by: ParVaNeh Borhani ( BehRahAnY )
  Poet, PhD Engineering, Philosopher, Parsi/Irany
  Dual National, Dual/bi lingual, Iran/USA

should be corrected to

NOTE: I like to eFile here @ Court
       but the ECF site doesn't have that option
       I don't have a login & pass, so here is in
       writing      by hand

C07-04637 WDB ADR

New Case:

                                    below 60, 62, 65 yrs?
title: homeless { no-job              } disabled
               { no-money             } not disable
               { no-home Fellows      }

       Fellows with no-home

Pertains to: Berkeley, Oakland (city), Richmond?
             all over USA, all over the World
             including myself

FILED SEP -7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Problem: Not only the no-home's are
         in dis-Ease but also there
         are Severe Environmental Problems
                                      impact
         as a result.

Odors of individuals
  - hair grease
  - body sweat       while walking to
  - men's liq/fluid        libraries
    discharge odor in Air  to coffee shops
    as they walk
Spitting on side walk.    movie theatres

                          book stores

Marks.

Urinating on ground
sidewalk/street marks
es heich eye tea ing everywhere

Poor Appearance, ugly clothing
gives bad undesirable
appearance to streets

if they had a good Apt. at least
They could take a shower
(issue) but where?
A: Where they belong
Toilet nonexisting or Access denied
no money @ hand
(issue) how long have they been
A city people that knows them

Side note: $5/day for food is not sufficient
Neither is $1/day cash, especially that they don't have a place to cook

Solution: designation of Appropriate
living space + cash/money allowance

(issue) where do they live
2 why climate issue
work/knowledge base interests