E-filing

**FILED**
SEP - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ParVaNeh Borhani, Plaintiff,

vs. God knows who, Many,
City of Berkeley
Oakland
SF airport
State of CA, USA, Police, Defendant.

CASE NO. C07-04637 WDB ADR

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, ParVaneh Borhani, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0._____ Net: _____0._____

Employer: ____N/A   (UCB @ no pay)____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____

- 1 -

1 | wages per month which you received.
2 | ~$1200 @ 50%            $~2400 @ 100%
3 |
4 |
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |      a.   Business, Profession or              Yes ___ No ___
8 |           self employment
9 |      b.   Income from stocks, bonds,           Yes ___ No ___
10 |          or royalties?
11 |     c.   Rent payments?                       Yes ___ No ___
12 |     d.   Pensions, annuities, or              Yes ___ No ___
13 |          life insurance payments?
14 |     e.   Federal or State welfare payments,   Yes ✓ No ___
15 |          Social Security or other govern-   $5/day for grocery & no oven to cook
16 |          ment source?                       $1 cash/day
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____ Alameda County _____
20 |
21 | 3.   Are you married?                         Yes ___ No ✓
22 | x husband   Spouse's Full Name: David M. Kelly         out of
23 | Spouse's Place of Employment: GE Nuclear       San Jose (last
24 | Spouse's Monthly Salary, Wages or Income:      office     known)
25 | Gross $_____  Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ __0__  N/A
27 |      b.   List the persons other than your spouse who are dependent upon you for support and
28 |           indicate how much you contribute toward their support.  (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

1                 list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

2    _____

3    _____

4    5.    Do you own or are you buying a home?         Yes ____   No __✓__

5    Estimated Market Value: $_____   Amount of Mortgage: $_____

6    6.    Do you own an automobile?  Yes ✗ no     Yes ____   No ____   where is it?

7    Make __Chry__ Missing__  Year __84__  Model _____   Who took?

8    Is it financed? Yes _____ No _____ If so, Total due: $_____

9    Monthly Payment: $_____

10   7.    Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: __Unknown, may be closed (out of reach)__

12   __had Fremont Bank, Union City, Fremont__

13   __Alliance, Chevy Chase (another State)__  Present balance(s): $_____

14   Do you own any cash?  Yes ____ No ✓  Amount: $ __N/A__

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16   value.)  Yes ____ No ____  __nothing on hand, all taken__

17   __/stolen / kept something like that__

18   8.    What are your monthly expenses?  __starving to death Expenses__

19   Rent: $_____    Utilities: _____

20   Food: $_____    Clothing: _____

21   Charge Accounts: __Expired Credit Cards / no job__

22   Name of Account        Monthly Payment        Total Owed on This Account

23   _____        $_____        $_____

24   _____        $_____        $_____

25   _____        $_____        $_____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they

27   are payable.  Do not include account numbers.)  __to some no- home fellows__

28   __& Univ. aquintances  $50, $40, $20, $60 here &__ __There__

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ , Partially  The Part That relates to My own Case

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

4:06-CV-02376-CW   Vs. Kelly ( Becoming homeless Part )

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

07 Sept 2007                    /s/ Parvadeh Borhan

DATE                             SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS, Case No. _____

- 4 -