FILED
SEP -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

ADR

WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ParVaNeh Borhani,

Plaintiff(s),

v.

housing / Real Estate

Defendant(s).

No. C 07-04637

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. (My understanding is that an article 3 life time Judge will be assigned)

Dated: 07 Sep 2007

Signature: Parvaneh Borha[ni]

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")