UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARVANEH BORHANI,

    Plaintiff,

  v.

REAL ESTATE COMPANIES

    Defendants.
_____/

No. C 07-4637 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for December 12, 2007, at 4:00 p.m. is vacated.

Dated: September 10, 2007

    Richard W. Wieking, Clerk
    United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
    Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd