United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARVANEH BORHANI,

    Plaintiff,

    v.

REAL ESTATE COMPANIES, et al.,

    Defendant.

_____/

No. C 07-04637 PJH

**JUDGMENT**

    The court having dismissed the complaint for failure to allege a basis for subject matter jurisdiction, and pursuant to 28 U.S.C. § 1915(e) for failure to state a claim, and having determined that amendment would be futile,

    It is Ordered and Adjudged that plaintiff Parvaneh Borhani take nothing and that the action be dismissed.

Dated: September 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge